*Westwood* argued the cause for respondent. With him on the brief were *Ansley W. Sawyer* and *W. Crosby Roper, Jr.* *John Lord O'Brian* was also of counsel for respondent.

No. 24. GULF RESEARCH & DEVELOPMENT CO. ET AL. *v.* LEAHY, U. S. DISTRICT JUDGE, ET AL.

Argued October 21, 1952. Decided October 27, 1952. *Per Curiam:* The judgment is affirmed by an equally divided Court. THE CHIEF JUSTICE took no part in the consideration or decision of this case. *Leonard S. Lyon* argued the cause for petitioners. With him on the brief were *Richard E. Lyon* and *Thomas Cooch.* *Worthington Campbell* argued the cause for respondents. With him on the brief were *E. Ennalls Berl* and *Mark N. Donohue.*

No. 25. CARDOX CORPORATION *v.* C-O-TWO FIRE EQUIPMENT CO. Argued October 21–22, 1952. Decided October 27, 1952. *Per Curiam:* The judgment is affirmed by an equally divided Court. THE CHIEF JUSTICE took no part in the consideration or decision of this case. *George I. Haight* argued the cause for petitioner. With him on the brief were *Andrew J. Dallstream* and *Frederic H. Stafford.* *R. Morton Adams* argued the cause for respondent. With him on the brief were *Irving Herriott* and *Edward T. Connors.*

No. 304. OKLAHOMA CITY-ADA-ATOKA RAILWAY CO. ET AL. *v.* OKLAHOMA ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *R. Sturgis Ingersoll* and

862

*James D. Gibson* for the Oklahoma City-Ada-Atoka Railway Co.; and *E. G. Nahler* and *A. J. Baumann* for the St. Louis-San Francisco Railway Co., appellants. *Stephen H. Hart* for appellees.

No. 321. KORNFEIND, DOING BUSINESS AS CHICAGO-NEBRASKA MOTOR EXPRESS, *v.* UNITED STATES ET AL. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Joseph E. Keller* for appellant. *Solicitor General Perlman* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission, appellees.

Nos. 132, 166 and 167, Misc. IN RE FLETCHER. The papers herein are stricken. THE CHIEF JUSTICE took no part in the consideration or decision of this question.

No. 146, Misc. DREXEL *v.* OHIO ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 156, Misc. WILLIAMS *v.* HUMPHREY, WARDEN, ET AL. Motion for leave to file petition for writ of certiorari denied.

No. 160, Misc. STARNES *v.* SWYGERT, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 293. UNEXCELLED CHEMICAL CORP. *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted. *George Morris Fay* for petitioner. *Acting Solicitor General*